# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| ISAAC JMAAL GATEWOOD, ADC #166860 | * | |
| Plaintiff, | * | |
| v. | * | No. 4:17CV00341-SWW-JJV |
| STONE, Officer, FCSO; *et al.*, | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff will proceed on his excessive force claim against Defendant Stone.

2. All other claims and Defendants Spikes, Page, Ryles, Randall, Lasker, and Andrews are DISMISSED from this action without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE